35 So.2d 916

. Sam BEARD v. STATE.

6 Div. 532.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

36 So.2d 607

Rufus BERRY v. STATE.

8 Div. 654.

Court of Appeals of Alabama.
May 25, 1948.

Rehearing Stricken June 15, 1948.

H. H. Hamilton, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

36 So.2d 607

Frances BIDDLE v. STATE.

7 Div. 943.

Court of Appeals of Alabama.
June 1, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

29 So.2d 893

BIRMINGHAM ELECTRIC CO. v. Andrew JACKSON.

6 Div. 349.

Court of Appeals of Alabama.
Dec. 3, 1946.

Lange, Simpson, Robinson & Somerville, of Birmingham, for appellant.

Wm. Conway, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
The trial of this case in the court below resulted in a judgment for plaintiff in the sum of $500 from which defendant took an appeal to this court.

Upon submission of this case in this court the respective parties made motion in writing, that the judgment appealed from be reversed by consent, and that the cause be remanded for the entry of a consent judgment.

Said motion is hereby granted. The judgment of the lower court from which this appeal was taken is reversed by consent of respective parties, and the cause remanded by agreement for the entry of a consent judgment.

Reversed and remanded.